UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANTHONY BACKHURST, an individual and ANGEL CRUZ, an individual,

    Plaintiffs,

v.                          Case No: 2:18-cv-61-FtM-29UAM

LEE COUNTY, a political subdivision of the State of Florida,

    Defendant.

_____

**ORDER**

    On June 14, 2019, the Court entered an Order (Doc. #52) administratively closing the case for a period of time to allow the parties to submit final documents. That time has now expired and no stipulated form of final order or judgment has been submitted.

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED**:

    The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the file.

    **DONE AND ORDERED** at Fort Myers, Florida, this __15th__ day of August, 2019.

                                      JOHN E. STEELE
                                      SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record